USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 96-2070 MANCHESTER SECURITY SERVICE, INC., Plaintiff - Appellant, v. CERTAIN UNDERWRITERS AT LLOYD'S, ETC., ET AL., Defendants - Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Boudin and Lynch, Circuit Judges. ______________ _____________________ Andrew D. Dunn, with whom Devine, Millimet & Branch, P.A. ______________ _________________________________ was on brief for appellant. Louis M. Rohrberg, with whom Rohrberg & Associates was on __________________ _____________________ brief for appellees. ____________________ April 24, 1997 ____________________ Per Curiam. Upon review of the briefs and record in Per Curiam. ___________ this case, we affirm the decision of the district court for substantially the same reasons stated in its opinion dated August 28, 1996. Costs on appeal are awarded to appellees. Costs on appeal are awarded to appellees. ________________________________________ -2-